1

THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**
                    **WESTERN DISTRICT OF WASHINGTON**

7

8

CRYSTAL LAM and NINA PHAN, on behalf of
themselves and all others similarly situated,

9

No. 2:21-cv-1137-BJR

Plaintiff,

10

**STIPULATION AND SECOND ORDER**
**TO EXTEND TIME TO ANSWER**
**COMPLAINT**

v.

11

T-MOBILE USA, INC.,

12

Defendant.

13

14

15        Under Western District of Washington Local Rule 7(d)(1) and 10(g), Plaintiffs Crystal

16   Lam and Nina Phan and Defendant T-Mobile USA, Inc., (together the "Parties") stipulate that T-

17   Mobile's deadline to answer or otherwise respond to the Complaint in this action is extended for

     a total of 60 days through December 17, 2021.

18

         Good cause exists for this extension because the motion to transfer related cases for

19   coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 is still pending before the

20   Judicial Panel on Multidistrict Litigation ("JPML"). *See In re T-Mobile Customer Data Sec.*

21   *Breach Litig.*, MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1). The plaintiffs

22   in another case, *Daruwalla v. T-Mobile USA, Inc.,* No. 2:21-cv-1118 (W.D. Wash., filed Aug. 19,

23   2021), filed the transfer motion and identified this case, and numerous others, as related cases that

24   should be transferred. *See In re T-Mobile*, MDL Docket No. 3019 (ECF Nos. 1, 2, 8-1, 11, 20, 48,

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1137-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154130795.1

62, 65). The additional 60 days will conserve judicial resources by allowing T-Mobile to assess the pending JPML motion and continue discussions with Plaintiffs' counsel here and counsel in the related cases before responding to Plaintiffs' Complaint.

Upon the Court entering or granting this 60-day extension, T-Mobile will file a notice of withdrawal for its pending motion to stay. (*See* ECF No. 21.)

Dated: October 5, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *Karin B. Swope*
Karin B. Swope
**COTCHETT, PITRE & McCARTHY, LLP**
7511 Greenwood Avenue N, Suite 4057
Seattle, WA 98103
Telephone: (206) 778-2123
Facsimile: (650) 697-0577
E-mail: kswope@cpmlegal.com

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1137-BJR) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154130795.1

1    Adam J. Zapala
     Elizabeth T. Castillo
2    Kaiyi A. Xie
     Reid W. Gaa
3    **COTCHETT, PITRE & McCARTHY, LLP**
     840 Malcolm Road
4    Burlingame, CA 94010
     Telephone: (650) 697-6000
5    Facsimile: (650) 697-0577
     E-mail: azapala@cpmlegal.com
6            ecastillo@cpmlegal.com
             kxie@cpmlegal.com
7            rgaa@cpmlegal.com

8    *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   STIPULATION AND ORDER TO EXTEND TIME
     TO ANSWER
     (No. 2:21-cv-1137-BJR) - 3

     154130795.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT IS SO ORDERED.

Dated this 6th day of October 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1137-BJR) - 4

154130795.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000